**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERWIN RUTH                                                                                                    PLAINTIFF

v.                                            5:16CV00037-JLH-JJV

STAN MCGEE, Director, Sheriff,
Dallas County Sheriff's Office; *et al.*                                                          DEFENDANTS

**ORDER**

Based on the Order (Doc. No. 7) referring this case back to me, I will direct service for Defendants Stan McGee, Brian Shaddock, Laron Williams, Tate,[1] and Mike Griffin. Defendant Griffin is not currently on the docket. Accordingly, the Clerk of Court shall add him. Then, the Clerk shall prepare Summons for these Defendants and the United States Marshal shall serve a copy of the Summons, Amended Complaint (Doc. No. 4), Amendment to Complaint (Doc. No.6) and this Order on them without prepayment of fees and costs or security therefore. Service for all Defendants should be through the Dallas County Jail, 106 Charlotte, Fordyce, AR 71742.

So Ordered this 24th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has not provided a full name for this Defendant. Plaintiff will be required to provide a full name in the event service is refused for lack of identifying information.