IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERWIN RUTH, ADC #135534                                                                                   PLAINTIFF

v.                                              5:16CV00037-JLH-JJV

STAN MCGEE, Sheriff,
Dallas County Sheriff's Office; *et al.*                                                              DEFENDANTS

### ORDER

On March 24, 2016, I ordered service for, among others, Defendant Tate. (Doc. No. 8.) Summons for this Defendant was returned unexecuted. (Doc. No. 15.) If Plaintiff's claims against Defendant Tate are to proceed, he must provide a viable address for him within thirty (30) days of this Order's entry. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (holding that it is a *pro se* plaintiff's responsibility to provide proper addresses for defendants).

IT IS, THEREFORE, ORDERED that Plaintiff should provide a viable address at which service for Defendant Tate may be attempted within thirty (30) days of this Order's entry. If he fails to do so, I will recommend Tate's dismissal without prejudice.

So Ordered this 13th day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE