**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERWIN RUTH,                                                                          PLAINTIFF
ADC #135534

v.                                        No. 5:16CV00037-JLH

STAN MCGEE, Sheriff,
Dallas County Sheriff's Office; *et al.*                                          DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's complaint is DISMISSED without prejudice.

SO ORDERED this 2nd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE